**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1737**

EUN S. KIM,

                    Plaintiff - Appellant,

          v.

JACK POTTER, PMG/CEO, US Postal Service; WENDY MCELWAIN,
Plant Manager; DAVE PRESTON, Supervisor, Distribution
Operations Time & Attendance Collections System Office; CHI
THAI; CARY WINDSOR,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:09-cv-02973-DKC)

Submitted:  January 26, 2011          Decided:  March 11, 2011

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eun S. Kim, Appellant Pro Se.  Neil R. White, Assistant United
States Attorney, Greenbelt, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eun S. Kim appeals the district court's order dismissing her employment discrimination action pursuant to Fed. R. Civ. P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kim v. Potter, No. 8:09-cv-02973-DKC (D. Md. June 2, 2010). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED